UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DAVIS ROBERTSON, an individual,<br><br>                                      Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>                                      Defendant. | Case No.: 21-CV-1235 JLS (KSC)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 8) |

Presently before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice ("Joint Stip.," ECF No. 8). The Parties represent that they have settled this matter and therefore seek dismissal of this action with prejudice. *Id.*

Good cause appearing, the Court **APPROVES** the Joint Stipulation and **DISMISSES** this matter in its entirety **WITH PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: April 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge